IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

SHIRLEY WOODS,

    Plaintiff,

v.                                               No. 12-1108

HOUCHENS FOOD GROUP, INC.
d/b/a SAVE-A-LOT,

    Defendant.

_____

ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING
D.E. 10 AS MOOT
_____

      Pursuant to an order of reference, the magistrate judge, on January 16, 2013, entered a report and recommendation recommending that D.E. 10 be dismissed as moot. To date, no objection to the report and recommendation has been filed and the time for such objection has expired.

      Upon review of the report and motion papers, the report and recommendation is hereby ADOPTED in its entirety.

      IT IS SO ORDERED this 6th day of February 2013.

                                                   s/ J. DANIEL BREEN
                                                   UNITED STATES DISTRICT JUDGE